| Attorney or Party Name, Address, Telephone & FAX Nos..State Bar No. & Email Address<br><br>**Brad Weil**<br>**460 E. Carson Plaza Dr.**<br>**Suite 217**<br>**Carson, CA 90746**<br>**310 515 7799 Fax: 310 515 7752**<br>**263524**<br>**bfweil@justbradlegal.com**<br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for:* | FOR COURT USE ONLY |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA ||
| In re:<br><br>**Araceli Contreras**<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO: 9:17-bk-10357-DS<br><br>CHAPTER   13<br><br>**NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE**<br><br>(with supporting declarations)<br><br>DATE:  April 27, 2017<br>TIME:  1:30 PM<br>COURTROOM:  202<br><br>PLACE:  1415 State Street, Santa Barbara, CA |

**Movant:**   Araceli Conteras (Debtor)

1. NOTICE IS HEREBY GIVEN to **Luis A. Melgar** (Secured Creditor/Lessor), trustee (if any), and affected creditors (Responding Parties), their attorneys (if any), and other interested parties that on the above date and time and in the stated courtroom, Movant in the above-captioned matter will move this court for an order imposing a stay or continuing the automatic stay as to certain creditors and actions described in the motion on the grounds set forth in the attached motion.

2. **Hearing Location:**

    ☐ 255 East Temple Street, Los Angeles, CA 90012    ☐ 411 West Fourth Street, Santa Ana, CA 92701
    ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367    ☑ 1415 State Street, Santa Barbara, CA 93101
    ☐ 3420 Twelfth Street, Riverside, CA 92501

3. a. ☑   This Motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response to this motion with the court and serve a copy of it upon the Movant's attorney

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                                          Page 1                                       F 4001-1.IMPOSE.STAY.MOTION

(or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this motion.

b. ☑ This motion is being heard on SHORTENED NOTICE. If you wish to oppose this motion, you must appear at the hearing. Any written response or evidence must be filed and served: ☐ at the hearing ☐ at least ___ days before the hearing.

   (1) ☐ An Application for Order Setting Hearing on Shortened Notice was not required (according to the calendaring procedures of the assigned judge).

   (2) ☐ An Application for Order Setting Hearing on Shortened Notice was filed per LBR 9075-1(b) and was granted by the court and such motion and order has been or is being served upon the appropriate creditor(s) and trustee, if any.

   (3) ☑ An Application for Order Setting Hearing on Shortened Notice has been filed and remains pending. Once the court has ruled on that motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

4. You may contact the Clerk's Office or use the court's website (www.cacb.uscourts.gov) to obtain a copy of an approved court form for use in preparing your response (optional court form F 4001-1.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

5. If you fail to file a written response to the motion or fail to appear at the hearing, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Date:  **March 23, 2017**

**The Law Offices of Brad Weil**
Printed name of law firm (if applicable)

**Brad Weil**
Printed name of individual Movant or attorney for Movant

**/s/ Brad Weil**
Signature of individual Movant or attorney for Movant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                              Page 2                          F 4001-1.IMPOSE.STAY.MOTION

# MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE

**Movant:** Araceli Conteras (Debtor)

1. **The Property or Debt at Issue:**
   a. ☑ Movant moves for an order imposing a stay with respect to the following property (Property):

   ☐ Vehicle *(describe year, manufacturer, type, and model)*:
   Vehicle Identification Number:
   Location of vehicle *(if known)*:

   ☐ Equipment *(describe manufacturer, type, and characteristics)*:
   Serial number(s):

   Location *(if known)*:

   ☐ Other Personal Property *(describe type, identifying information, and location)*:

   ☑ Real Property
   Street Address: **1340 Kumquat Place**
   Apt./Suite No.:
   City, State, Zip Code: Oxnard CA 93036
   Legal description or document recording number(include county of recording):

   ☐ See attached continuation page

   The following creditor(s) have a security interest or unexpired lease in this Property (give full name and address of creditor) **Ocwen Loan Servicing and Luis A. Melgar** to secure the sum of approximately $ **299,182.35 and 25,000.00 respectively** now owed. (Secured Creditor/Lessor). Additional creditors who are the subject of this motion, and their respective claims, addresses and collateral, are described on the continuation sheets attached. *(Attach additional sheets as necessary)*

   b. ☑ Movant moves for an order **imposing a stay** with respect to *any and all actions* against the Debtor and the estate taken concerning the debt/lease owed to the *Secured Creditors/Lessors* as described in this motion; and/or

   c. ☑ Movant moves for an order **imposing a stay** *as to all creditors.*

   d. ☑ Movant moves for an order **continuing the automatic stay** with respect to any and all actions against the Debtor and the estate taken concerning the debt/lease owed to the *Secured Creditor/Lessor*, and/or

   e. ☑ Movant moves for an order **continuing the automatic stay** *as to all creditors.*

2. **Case History:**
   a. ☑ A voluntary ☐ An involuntary petition concerning an individual[s] under chapter ☐ 7 ☐ 11 ☐ 12 ☑ 13 was filed concerning the present case on *(specify date)*: March 1, 2017

   b. ☐ An Order of Conversion to Chapter ☐ 7 ☐ 11 ☐ 12 ☐ 13 was entered on *(specify date)*:

   c. ☐ Plan was confirmed on *(specify date)*:

d. ☑ Other bankruptcy cases filed by or against this Debtor have been pending within the past year preceding the petition date in this case. These cases and the reasons for dismissal are:

1. Case name: Araceli Contreras
   Case number:    9:16-bk-11062-PC    Chapter: 13
   Date Filed:        6/8/2016        Date dismissed: 8/12/2016
   Relief from stay re this Property    ☑ was    ☐ was not granted
   Reason for dismissal: Failure to appear at the 341 meeting of creditors and make pre-confirmation payments

2. Case name: Araceli Contreras
   Case number:    9:15-bk- 11682-PC    Chapter: 13
   Date Filed:        8/21/2015        Date dismissed: 1/21/2016
   Relief from stay re this Property    ☑ was    ☐ was not granted
   Reason for dismissal: Dismissed at Chapter 13 confirmation hearing.

☑ See attached continuation page

e. ☑ As of the date of this motion the Debtor ☐ has ☑ has not filed a statement of intentions regarding this Property as required under 11 U.S.C. §521(a)(2). If a statement of intentions has been filed, Debtor ☐ has ☐ has not performed as promised therein. The Debtor has filed a Chapter 13 plan that treats this creditors claim as being paid in full through the Chapter 13 plan.

f. ☑ The first date set for the meeting of creditors under 11 U.S.C §341(a) is/was _4/12/2017_ and the court ☐ has ☑ has not fixed a later date for performance by Debtor of the obligations described at 11 U.S.C.§521(a)(2). The extended date (if applicable) is __.

g. ☑ In a previous case(s), as of the date of dismissal there was:
   ☐ an action by the Secured Creditor/Lessor under 11 U.S.C. §362(d) still pending or
   ☑ such action had been resolved by an order terminating, conditioning or limiting the stay as to such creditor.

3. The equity in the property is calculated as follows:

a) 1. Property description/value: **1340 Kumquat Place Oxnard CA 93036**        $ 500,000.00
   2. Creditor/Lien amount: **Ocwen Loan Servicing**                            $ 299,182.35
   3. Creditor/Lien amount: **Luis A. Melgar**                                  $ 25,000.00
   4. Creditor/Lien amount: __                                                  $__
   5. Creditor/Lien amount: __                                                  $__
   6. Total Liens                                                               $ 324,182.35
   7. Debtor's Homestead Exemption                                              $__
   8. Equity in the Property (subtract lines 6 and 7 from line 1 and enter here) $ 175,817.65

b) 1. Propery description/value: **4864 Paseo Montelena Camarillo CA 93012**    $ 960,000.00
   2. Creditor/Lien amount: **Rushmore Loan Servicing**                         $ 405,926.96
   3. Creditor/Lien amount: **PWS**                                             $ 0.00
   4. Creditor/Lien amount: __                                                  $__
   5. Creditor/Lien amount:                                                     $__
   6. Total Liens                                                               $ 405,926.96
   7. Debtor's Homestead Exemption                                              $ 175,000.00
   8. Equity in the Property (subtract lines 6 and 7 from line 1 and enter here) $ 284073.04

☐ See attached continuation page

3.  Case name: Alejandro Contreras
    Case number:   9:16-bk-11373-PC                                Chapter: 13
    Date Filed:          7/20/2016         Date dismissed: 9/9/2016
    Relief from stay re this Property        ☒ was        ☐ was not granted
    Reason for dismissal: Failure to appear at the 341 meeting of creditors and make pre-confirmation payments

4.  Case name: Alejandro Contreras
    Case number:   9:15-bk-10106-PC                                Chapter: 13
    Date Filed:          1/21/2015         Date dismissed: 8/18/2015
    Relief from stay re this Property        ☒ was        ☐ was not granted
    Reason for dismissal:  ORDER DISMISSING CHAPTER 13 PETITION DUE TO FAILURE OF DEBTOR TO APPEAR AT SECTION 341(a) MEETING OF CREDITORS

5.  Case name: Alejandro Contreras
    Case number:   9:14-bk-10134-PC                                Chapter: 13
    Date Filed:          1/22/2014         Date dismissed: 5/14/2014
    Relief from stay re this Property        ☒ was        ☐ was not granted
    Reason for dismissal: ORDER dismissing chapter 13 case for failure to make required payments and/or failure to attend 341(a) meeting

6.  Case name: Araceli Contreras
    Case number:   9:14-bk-12091-PC                                Chapter: 13
    Date Filed:          9/21/2014         Date dismissed: 1/20/2015
    Relief from stay re this Property        ☒ was        ☐ was not granted
    Reason for dismissal: Debtor's Request for Voluntary Dismissal of Ch 13 Case

4. **Grounds for Continuing the Stay:**

   a. ☑ Pursuant to 11 U.S.C. § 362(c)(3) the stay should be continued on the following grounds:

      1. ☑ The present case was filed in good faith notwithstanding that a prior single or joint case filed by or against the individual Debtor which was pending within the year preceding the petition date was dismissed, because:

         A. ☑ The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C.§707(b);
         B. ☑ Good faith is shown because **The Debtor has new counsel and has filed a Chapter 13 plan which treats the creditors claim to be paid in full.**

            ☐ See attached continuation page

      2. ☑ The Property is of consequential value or benefit to the estate because:

         A. ☑ The fair market value of the Property is greater than all liens on the Property as shown above in paragraph 3 and as supported by declarations attached (describe separately as to each property);.

         B. ☑ The Property is necessary to a reorganization for the following reasons: _This is a rental property for the debtors and the rent they collect exceeds the costs of the loans therefore it is income producing_

            ☐ See attached continuation page

         C. ☑ The Secured Creditor/Lessor's interest can be adequately protected by (describe Movant's proposal for adequate protection:) _The Debtor proposes that secured creditor Luis Melgar recieve $500.00 in adequate protection payments from the Chapter 13 trustee beginning in Month 1 of the plan_

            ☐ See attached continuation page

      3. ☑ The presumption of a bad faith filing under 11 U.S.C.§362(c)(3)(C)(i) is overcome in this case as to *all creditors* because:

         A. ☐ The prior dismissal was pursuant to the creation of a debt repayment plan. 11 U.S.C.§362(i);
         B. ☑ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting in dismissal was excusable because such failure was caused by the negligence of Debtor's attorney;
         C. ☑ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was excusable because _the previous cases were dismissed for failure to attend the 341 meeting and failure to make the bankruptcy plan payments._

            ☐ See attached continuation page

         D. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because __

            ☐ See attached continuation page

         E. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because __

            ☐ See attached continuation page

         F. ☑ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows: **The Debtor now has a permanent loan modification on her loan to Rushmore Loan Servicing on her primary residence. Due to this change she feels she can feasibly fund a Chapter 13 plan now that she no longer has arrears on her primary residence.**

From this, the court may conclude that this case, if a case under chapter 7, will result in a discharge or, if under chapter 11 or 13, in a confirmed plan that will be fully performed.

☐ See attached continuation page

G. ☑ For the following additional reasons _The Debtor is in a dispute with Luis Melgar over the terms of the hard money loan on her investment property. She wishes to resolve this dispute through the bankruptcy and pay this creditor in full through her bankruptcy plan._

☐ See attached continuation page

4. ☑ The presumption of a bad faith filing as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(3)(C)(ii) is overcome in this case because **Luis Melgar's secured claim is being paid in full through the Debtor's Chapter 13 plan.**

☐ See attached continuation page

5. **Grounds for Imposing a Stay:**
   a. ☑ Pursuant to 11 U.S.C.§362(c)(4) this case was filed in good faith and grounds exist for imposing a stay as follows:
      1. ☑ The Property is of consequential value or benefit to the estate because the fair market value of the Property is        greater than all liens on the property as shown above in paragraph 3 and as supported by declarations attached.

      2. ☑ The Property is of consequential value or benefit to the estate because the Property is necessary to a reorganization for the following reasons: _This is a rental property for the debtors and the rent they collect exceeds the costs of the loans therefore it is income producing_.

         ☐ See attached continuation page

      3. ☑ The Secured Creditor/Lessor's interest can be adequately protected by *(describe Movant's proposal for adequate protection)*: _The Debtor proposes that secured creditor Luis Melgar recieve $500.00 in adequate protection payments from the Chapter 13 trustee beginning in Month 1 of the plan_

         ☐ See attached continuation page

   b. ☑ The present case was filed in good faith notwithstanding that the prior single or joint cases filed by or against the individual Debtor pending within the year preceding the petition date were dismissed, because:

      1. ☑ The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C.§707(b);

      2. ☑ Good faith is shown because **The Debtor has new counsel and has filed a Chapter 13 plan which treats the creditors claim to be paid in full.**

         ☐ See attached continuation page

   c. ☑ The presumption of a bad faith filing under 11 U.S.C.§362(c)(4)(D)(i) is overcome in this case as to *all creditors* because:

      1. ☑ Debtor had a substantial excuse in failing to file or amend the petition or other documents as required by the court or Title 11 of the United States Code, resulting in the prior dismissal(s) as follows: _the previous cases were dismissed for failure to attend the 341 meeting and failure to make the bankruptcy plan payments._

         ☐ See attached continuation page

2. ☑ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was as the result of the negligence of Debtor's attorney;

3. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because __

☐ See attached continuation page

4. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because __

☐ See attached continuation page

5. ☑ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows: **The Debtor now has a permanent loan modification on her loan to Rushmore Loan Servicing on her primary residence. Due to this change she feels she can feasibly fund a Chapter 13 plan now that she no longer has arrears on her primary residence.**

(from which the Court may conclude that this case, if a case under chapter 7, may be concluded with a discharge or, if under chapter 11 or 13, with a confirmed plan that will be fully performed).

☐ See attached continuation page

6. ☑ For the following additional reasons **The Debtor understands this is her last chance to save her investment property from secured creditor Luis Melgar's foreclosure sale of her home. If this bankruptcy case does not succeed she will lose the home.**

☐ See attached continuation page

7. ☑ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(4)(D)(ii) is overcome in this case because **Luis Melgar's secured claim is being paid in full through the Debtor's Chapter 13 plan.**

☐ See attached continuation page

6. **Evidence in Support of Motion:** *(Important Note: Declaration(s) in support of the Motion MUST be attached hereto).*

   a. ☑ Movant submits the attached Declaration(s) on the court's approved forms (if applicable) to provide evidence in support of this Motion pursuant to LBRs.
   b. ☐ Other Declaration(s) are also attached in support of this Motion
   c. ☑ Movant requests that the court consider as admissions the statements made by Debtor under penalty of perjury concerning Movant's claims and the Property set forth in Debtor's(s') Schedules. Authenticated copies of the relevant portions of the Schedules are attached as Exhibit __.
   d. ☐ Other evidence *(specify)*: __

7. ☐ An optional **Memorandum of Points and Authorities** is attached to this Motion.

**WHEREFORE, Movant prays that this Court issue an Order Imposing a Stay and granting the following** *(specify forms of relief requested):*

1. ☑ That the Automatic Stay be continued in effect as to all creditors until further order of the court.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 7    F 4001-1.IMPOSE.STAY.MOTION

2. ☑ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

3. ☑ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

4. ☑ That a Stay be imposed as to all creditors until further order of the court..

5. ☑ That a Stay be imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

6. ☑ That a Stay be imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

7. ☑ For adequate protection of the Secured Creditor/Lessor by *(specify proposed adequate protection)* _An order directing the Chapter 13 trustee to pay $500 per month starting in month one to secured creditor_

8. ☐ For other relief requested, see attached continuation page.

Date: **March 24, 2017**

Respectfully submitted,
**Araceli Contreras**
Movant Name
**The Law Offices of Brad Weil**
Firm Name of attorney for Movant (if applicable)

**/s/ Brad Weil**
Signature
**Brad Weil**
Printed Name of Individual Movant or Attorney for Movant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 8    F 4001-1.IMPOSE.STAY.MOTION

## Declaration of Araceli Contreras

I, Araceli Contreras, declare as follows:

1. I am the debtor in bankruptcy case # 9:17-bk-10357-DS in the Northern division of the Central District of California.
2. I co-own the real property located at 1340 Kumquat Place Oxnard CA 93036 (hereinafter Property), with my husband Alejandro Contreras. The property is currently up for a foreclosure sale on April 4, 2017. I believe the property is worth $500,000.00. I owe Ocwen a little less than $300,000.00 and I believe I owe Mr. Luis Melgar $25,000.00. There is at least 175,000.00 of equity in the property.
3. I have a new attorney handling my case. I feel this will help this case be successful.
4. I have filed a Chapter 13 plan (docket #16) that pays Luis Melgar in full in Class 3 and I am requesting both in the plan and in this motion to pay Mr. Melgar $500 per month in adequate protection payments from my Chapter 13 plan payment.
5. My rental income from this Property is $3,200.00 per month. My first mortgage to Ocwen on this property is $1,310.00. I receive an extra $1,890.00 which I am using to make my Chapter 13 plan payment.
6. I received a permanent loan modification on my primary residence and now do not have any arrears on that loan which will make my plan feasible.
7. My husband Alejandro Contreras has severe medical problems such as dialysis and kidney failure and recently received a transplant and was unable to attend the hearings in his cases.

**VERIFICATION**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: March 27 2017          By: /s/ Araceli Conteras
                                   Araceli Conteras

Declaration
-1-



# Property Profile

## 1340 KUMQUAT PL, OXNARD, CA 93036

### Property Details

| | | | | | |
|---|---|---|---|---|---|
| Type | SFR | Use Code | RSFR | County | VENTURA |
| Year Built | 1977 | Zoning | R1 | APN | 139-0-332-055 |
| Beds | 5 | Units | 1 | Radar ID | P18F7246 |
| Baths | 2 | Rooms | 9 | Subdivision | 2472-1 |
| Sq Ft | 1,860 | Garage | No | Census | 30111 |
| Lot Sq Ft | 6,534 | Pool | No | Tract | 247201 |
| Lot Acres | 0.2 | Fireplace | Yes | Lot | 30 |
| Stories | 1 | HVAC | No | | |
| Legal | TRACT 247201 LOT 30, REF: 070MR 075 | | | | |

### Tax Assessment

| | | | |
|---|---|---|---|
| Total Value | $468,000 | Year Assessed | 2016 |
| Land Value | $245,000 | Annual Taxes | $5,156 |
| Improvements | $243,000 | Est. Tax Rate | 1.1% |
| Owner Exempt | No | Tax Rate Area | 3139 |

### Market Value and Rent

| | | | |
|---|---|---|---|
| Estimated Value | $536,303 | $288/sf as of 12/29/2016 | 79% confidence |
| Comp. Sales | $529,843 | $285/sf as of Today | $454k - $590k |
| Comp. Listings | $577,603 | $311/sf as of Today | $415k - $625k |
| Comp. Rent | | /sf as of Today | |
| HUD FM Rent | $2,671 | $1.44/sf | |

### Transaction History (Current Owner)

| Type | # | Date | Doc# | Party | Name | Amount |
|---|---|---|---|---|---|---|
| Grant Deed | | 9/12/2011 | 133356 | Seller / Buyer | OWNER NAME UNAVAILABLE / CONTRERAS, ALEJANDRO | $0 |
| Loan | 1r | 1/22/2013 | 9622 | Borrower / Lender | CONTRERAS, ALEJANDRO / ACTION IMMIGRATION BOND | $20,000 |
| Loan | 1 | 5/13/2016 | 66396 | Borrower / Lender | CONTRERAS, ALEJANDRO | $25,000 |
| - NOD | | 9/13/2016 | 132069 | Borrower / Trustee | ALEJANDRO CONTRERAS / COUNTY RECORDS SERVICE | $6,389 |
| - NTS | | 1/10/2017 | 3605 | Borrower / Trustee | ALEJANDRO CONTRERAS / COUNTY RECORDS SERVICE | $28,963 |



### Status

| | | | |
|---|---|---|---|
| Est. Value | $536,303 | | Listed for Sale Yes |
| Loan Balance | $28,963 | 5% | In Foreclosure Auction |
| Equity | $507,340 | 95% | Owner Occupied Yes |

### Ownership & Mailing Address

| | |
|---|---|
| Transfer Date 9/12/2011 | CONTRERAS, ALEJANDRO |
| Purchase Amt $0 | 1340 KUMQUAT PL |
| Down Payment | OXNARD, CA 93036 |
| Transfer Type NonMarket-Other | |

### Listing History

| Type | Status | As Of | DOM | Price |
|---|---|---|---|---|
| For Sale - Market | Active | 11/2/2016 | 241 | $515,900 |

### Foreclosure Details

| | | | |
|---|---|---|---|
| Stage | Auction | TS # | 16-117 |
| Sale Date | 4/4/2017 | Sale Time | 11:00 AM |
| Sale Place | 800 S VICTORIA AVE, VENTURA | | |
| Postponed For | Bankruptcy | | |
| Prior Sale Date | 3/2/2017 | Orig Sale Date | 1/31/2017 |
| Published Bid | $28,963 | | |
| Opening Bid | | | |
| Winning Bid | | | |

LOAN

| | | | |
|---|---|---|---|
| Recorded On | 5/13/2016 | Doc # | 66396 |
| Amount | $25,000 | Position | 1 |

NOTICE

| | | | |
|---|---|---|---|
| Recorded On | 1/10/2017 | Doc # | 3605 |

| Trustee | Lender |
|---|---|
| COUNTY RECORDS SERVICE INC | LUIS A MELGAR |
| 855-986-9342 | |

Data provided by PropertyRadar.com and subject to the terms of PropertyRadar.com's User Agreement.

Page 1 of 1
Report as of: 24 Mar 2017 16:54:51

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | |
|---|---|
| Brad Weil<br>The Law Offices of Brad Weil<br>460 E. Carson Plaza Dr.<br>Suite 217<br>Carson, CA 90746<br>310 515 7799 Fax: 310 515 7752<br>263524<br>bfweil@justbradlegal.com<br>*Attorney for:* | CASE NO.:<br>CHAPTER: 13<br>ADVERSARY NO.:<br>*(if applicable)* |
| In re:<br><br>Araceli Contreras<br>Debtor(s). | **ELECTRONIC FILING DECLARATION (INDIVIDUAL)**<br>**[LBR 1002-1(f)]** |

☐ Petition, statement of affairs, schedules or lists   Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists   Date Filed: _____
☒ Other *(specify):* Motion to impose Stay   Date Filed: 3/27/17

**PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY**

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct printed copy of the Filed Document in such places and provided the executed printed copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement About Your Social Security Numbers* (Official Form 121) and provided the executed original to my attorney.

Date: 3/27/17

Signature (handwritten) of Debtor or signing party
**Araceli Contreras**
Printed name of Signing Party

Date: _____

Signature (handwritten) of Debtor 2 (Joint Debtor) (if applicable)

Printed name of Debtor 2, if applicable

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

I, the undersigned attorney for the Signing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed *Part I - Declaration of Debtor(s) or Other Party of this Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct printed copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration* and the Filed Document available for review upon request of the court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement About Your Social Security Numbers* (Official Form 121) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement About Your Social Security Numbers* (Official Form 121) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement About Your Social Security Numbers* (Official Form 121) available for review upon request of the court.

Date: 3/27/17

Signature (handwritten) of attorney for Signing Party
**Brad Weil**
Printed Name of attorney for Signing Party

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
460 E. Carson Plaza Dr.
Suite 217
Carson, CA 90746

A true and correct copy of the foregoing document entitled (*specify*): __Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __3/24/2017__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Lesley Davis on behalf of Creditor Luis A Melgar
lesleydavislaw@gmail.com

Elizabeth (ND) F Rojas (TR)
cacb_ecf_nd@ch13wla.com

Valerie Smith on behalf of Interested Party Courtesy NEF
claims@recoverycorp.com

United States Trustee (ND)
ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On __3/24/2017__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 23, 2017 | Brad Weil | /s/ Brad Weil |
|---|---|---|
| Date | Printed Name | Signature |

```
Label Matrix for local noticing      Northern Division                    A - L Financial Corp
0973-9                               1415 State Street,                   425 Colorado Ave Ste 670
Case 9:17-bk-10357-DS                Santa Barbara, CA 93101-2511         Glendale, CA 91205-1675
Central District of California
Santa Barbara
Fri Mar 24 18:39:50 PDT 2017

AL Financial                         ASSET FORECLOSURE SERVICES INC       ATTORNEY LENDER SERVICES INC
425 E Colorado St # 670              5900 CANOGA AVE 220                  5120 E LA PALMA AVE 209
Glendale, CA 91205-1675              Woodland Hills, CA 91367-5124        Anaheim, CA 92807-2091


Alejandro Contreras                  American InfoSource LP as agent for  CAROL R. HAMILTON
4864 Paseo Montelena                 T Mobile/T-Mobile USA Inc            317 S. BRAND BLVD
Camarillo, CA 93012-5257             PO Box 248848                        Glendale, CA 91204-1701
                                     Oklahoma City, OK  73124-8848


COUNTY RECORDS SERVICE INC           Card Gard/check One In               Century Cred
1883 LOTUS PL                        Po Box 232220                        6633 Telephone Rd Ste 13
Brea, CA 92821-2754                  San Diego, CA 92193-2220             Ventura, CA 93003-5569


Century Credit & Coll                City of Fillmore                     Franchise Tax Board
6633 Telephone Rd Ste 13             250 Central Ave.,                    Bankruptcy Section, MS: A-340
Ventura, CA 93003-5569               Fillmore, CA 93015-1955              P.O. Box 2952
                                                                          Sacramento, CA 95812-2952


Fst Premier                          Grant & Weber                        Internal Revenue Service
601 S Minneapolis Ave                Attn: Bankruptcy                     P.O. Box 7346
Sioux Falls, SD 57104                26575 W Agoura Rd                    Philadelphia, PA 19101-7346
                                     Calabasas, CA 91302-1958


JCW Properties                       JCW Properties                       (p)JEFFERSON CAPITAL SYSTEMS LLC
42 Mollison Dr.,                     42 Mollison Drive                    PO BOX 7999
Simi Valley, CA 93065-5381           Simi Valley, California 93065-5381   SAINT CLOUD MN 56302-7999


L.A. COMMERCIAL GROUP, INC.          Luis A. Melgar                       Luis Melgar
317 S. BRAND BLVD                    2201 W. Pico Blvd                    c/o County Records Service
Glendale, CA 91204-1701              Unit C                               1883 West Lotus Place
                                     Los Angeles, CA 90006-4833           Brea, California 92821-2754


Ocwen Loan Servicing                 Ocwen Loan Servicing                 PRA Receivables Management, LLC
12650 Ingenuity Dr                   1661 Worthington Road, Suite 100.    PO Box 41021
Orlando, FL 32826-2703               West Palm Beach, Florida 33409-6493  Norfolk, VA 23541-1021


PWS                                  Portfolio Recovery Ass               Rushmore Loan Management Services
12020 Garfield Ave.,                 120 Corporate Blvd Ste 1             15480 Laguna Canyon Rd
South Gate, CA 90280-7823            Norfolk, VA 23502-4952               Irvine, CA 92618-2132
```

| | | |
|---|---|---|
| Rushmore Loan Servicing<br>15480 Laguna Canyon Road<br>Irvine, CA 92618-2132 | SCE (Southern California Edison)<br>Attn: Bankruptcy<br>Po Box 600<br>Rosemead, CA 91770-0600 | Stanislaus Credit Control Service<br>Po Box 480<br>Modesto, CA 95353-0480 |
| Synchrony Bank/Sams Club<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 | Tavco Credit Services<br>3700 Montgomery Dr<br>Santa Rosa, CA 95405-5215 | Townsgate Capital Corp<br>2801 Townsgate Rd Ste 37<br>Westlake Village, CA 91361-5899 |
| Union Adjustment Co<br>3214 W Burbank Blvd<br>Burbank, CA 91505-2201 | United States Trustee (ND)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Ventura Treasurer-Tax Collector<br>800 S. Victoria Avenue<br>Ventura, CA 93009-1290 |
| Wells Fargo Bank N.A.,<br>d/b/a Wells Fargo Dealer Services<br>PO Box 19657<br>Irvine, CA 92623-9657 | Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>Po Box 19657<br>Irvine, CA 92623-9657 | Western Progressive, LLC<br>2002 Summit Blvd.,<br>Suite 600<br>Atlanta, GA 30319-1559 |
| Wheels Financial Group/dba Loan Mart<br>Po Box 260210<br>Encino, CA 91426-0210 | Araceli Contreras<br>4864 Paseo Montelena<br>Camarillo, CA 93012-5257 | Brad Weil<br>Law Offices of Brad Weil<br>460 E Carson Plaza Dr Ste 217<br>Carson, CA 90746-3274 |
| Elizabeth (ND) F Rojas (TR)<br>Valley Executive Center<br>15260 Ventura Blvd., Suite 710<br>Sherman Oaks, CA 91403-5342 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems, LLC
16 Mcleland Rd
Saint Cloud, MN 56303

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtesy NEF | (u)LIST OF CREDITORS | (d)Luis A Melgar<br>2201 W. Pico Blvd<br>Unit C<br>Los Angeles, CA 90006-4833 |